

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4061

T: +1 202 383 5300
F: +1 202 383 5414
omm.com

File Number:

September 24, 2025

**Meaghan VerGow**
D: +1 202 383 5504
mvergow@omm.com

<u>VIA ECF</u>

Hon. Louis L. Stanton
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    <u>*Larkin v. Caremark RX, L.L.C.*, 1:25-cv-07307-LLS: Joint Request for Extension of Time and Stipulated Briefing Schedule</u>

Dear Judge Stanton:

      We write pursuant to Rule 1.E. of Your Honor's Individual Practices, on behalf of Defendant Caremark Rx, L.L.C. and with consent from Plaintiffs' counsel, to respectfully request an extension of time to respond to the Complaint, from September 25, 2025 to November 7, 2025, and to jointly request the stipulated briefing schedule below:

- Defendant's motion to dismiss to be filed by November 7, 2025
- Plaintiffs' opposition to Defendant's motion to dismiss to be filed by December 19, 2025
- Defendant's reply in further support of its motion to dismiss to be filed by January 16, 2026

      This is the first request to the Court to extend any deadline in this case. Currently, there are no scheduled appearances before this Court, and the requested extension will not affect any existing deadlines.

      We appreciate the Court's consideration of this matter.

Respectfully submitted,

/s/ *Meaghan VerGow*
Meaghan VerGow
O'MELVENY & MYERS LLP

Austin • Century City • Dallas • Houston • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo