ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENNIS LARKIN and DANIELLE GOSLINE,
individually and on behalf of all
others similarly situated,

                         Plaintiffs,

            - against -

CAREMARK RX, L.L.C. (d/b/a) CVS
Caremark,

                         Defendant.

---

25 Civ. 7307 (LLS)

ORDER

Pursuant to the conference held before this Court on January 22, 2026, the briefing schedule for defendant's motion to compel arbitration is as follows:

- Defendant's motion to compel is due February 23, 2026.
- Plaintiffs' response in opposition to the motion to compel is due March 16, 2026.
- Defendant's reply in support of the motion to compel is due March 30, 2026.

So ordered.

Dated:    New York, New York
          January 23, 2026

                              _Louis L. Stanton_
                              _____
                              LOUIS L. STANTON
                              U.S.D.J.