ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/14/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS LARKIN and DANIELLE GOSLINE, individually and on behalf of all others similarly situated,

        Plaintiffs,

     v.

CAREMARK RX, L.L.C. (d/b/a CVS CAREMARK),

        Defendant.

25 Civ. 7307 (LLS)

ORDER

In view of the motion to compel arbitration pending before this Court, discovery is stayed until a decision on that motion is issued. See Paniccioli v. Northstar Source Grp. LLC, 2025 WL 1427007, at *1 (S.D.N.Y. May 16, 2025) ("The general practice of district courts, is to impose a stay of discovery ... while the motion to compel arbitration is pending." (internal quotation marks and citations omitted)).

So Ordered.

Dated:   New York, New York
         April 14, 2026

                  Louis L. Stanton
                  LOUIS L. STANTON
                  U.S.D.J.