**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENNIS LARKIN and DANIELLE GOSLINE, individually and on behalf of all others similarly situated,<br>*Plaintiffs*,<br>v.<br>CAREMARK RX, L.L.C. (d/b/a CVS CAREMARK),<br>*Defendant*. | Case No. 1:25-cv-07307-LLS<br><br>**NOTICE OF APPEAL** |

Defendant Caremark RX, L.L.C. (d/b/a CVS Caremark) ("Caremark") appeals to the United States Court of Appeals for the Second Circuit from this Court's orders entered August 26, 2026 (ECF No. 68) (denying Caremark's motion to compel arbitration, ECF No. 55) and November 9, 2026 (ECF No. 93) (denying Caremark's motion to reconsider the order denying the motion to compel arbitration, ECF No. 74, and its motion for leave to file its supplemental declaration in support of its motion to compel arbitration, ECF No. 72).

[SIGNATURE ON NEXT PAGE]

Dated: November 17, 2026

Respectfully submitted,

*/s/ Barbara Smith Tyson*

Barbara Smith Tyson, *pro hac vice*
BRYAN CAVE LEIGHTON PAISNER LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel.: (314) 259-2000
Fax: (314) 259-2020
barbara.smith@bclplaw.com

Justin Kingsolver, *pro hac vice*
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F. Street NW, Suite 700
Washington, D.C. 20004
Tel.: (202) 508-6000
Fax: (202) 508-6200
justin.kingsolver@bclplaw.com

Benjamin J. Hogan, *pro hac vice*
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln St., Suite 4100
Denver, Colorado 80203
Tel.: (303) 861-7000
Fax: (303) 866-0200
ben.hogan@bclplaw.com

Emily S. Costin (*pro hac vice*)
ALSTON & BIRD LLP
The Atlantic Building
950 F. Street, NW
Washington, DC 20004-1404
Tel.: (202) 239-3300
Fax: (202) 239-3333
emily.costin@alston.com

Steven Penaro
ALSTON & BIRD LLP
Bar No. 4765046
90 Park Ave.
New York, NY 10016
Tel.: (212) 210-9460
steve.penaro@alston.com

Kelsey Kingsbery (*pro hac vice*)
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Tel.: (919) 862-2227
kelsey.kingsbery@alston.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2026, a copy of the foregoing was electronically filed and served on all attorneys of record through the Court's CM/ECF electronic filing system.

*/s/ Barbara Smith Tyson*
Barbara Smith Tyson, pro hac vice